UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 14 CR 186 |
| | ) | |
| v. | ) | |
| | ) | Hon. Milton I. Shadur |
| TOMASZ KRAWCZUK | ) | |

AGREED ORDER MODIFYING RELEASE
CONDITIONS ON SEPTEMBER 13, 2014

This matter coming before the Court on the agreed motion to modify the conditions of release and this Court being fully advised hereby orders:

1. That on September 13, 2014, from 6:00 p.m. until midnight, defendant Krawczuk has permission to attend a family function so accordingly, his electronic restriction shall be temporarily modified.

2. That upon his return at midnight on September 13, 2014, the usual electronic monitoring schedule and conditions shall resume.

3. That all remaining terms and conditions of the release order shall remain in effect until further order of this Court.

ENTER:

_____
MILTON I. SHADUR
United States District Judge

Dated: Sept. 12, 2014